IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TIMOTHY DONNELL SATCHELL                                                                PLAINTIFF

v.                                    Civil No. 06-5231

MEDICAL STAFF OF THE BENTON COUNTY
DETENTION CENTER; and CAPTAIN
HUNTER PETRAY                                                                          DEFENDANTS

**O R D E R**

On March 7, 2007, the court directed service (Doc. 5) on Captain Hunter Petray. The order directed Captain Petray to assist the court in identifying the medical staff involved in providing medical care to the plaintiff during the times relevant to the complaint. Although Captain Petray has filed an answer to the complaint, he has failed to provide the court with the requested information regarding the medical staff.

Captain Petray is given until **June 6, 2007, to respond to this order by identifying for the court the medical staff involved in providing the plaintiff with medical care during all times relevant to the complaint. Failure to respond to this order in a timely manner may result in the court striking Captain Petray's answer or taking other appropriate sanctions.**

IT IS SO ORDERED this 23rd day of May 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)