IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TIMOTHY DONNELL SATCHELL                                                    PLAINTIFF

      v.                                Civil No. 06-5231

MEDICAL STAFF OF THE BENTON
COUNTY DETENTION CENTER; and
CAPTAIN HUNTER PETRAY,
Jail Administrator of the Benton
County Detention Center                                                     DEFENDANTS

## O R D E R

      Captain Hunter Petray has identified the jail medical staff during plaintiff's incarceration as including the following, Dr. Neil Mullins, Nurse Sue McDonald, Dr. Huskins, and Nurse Andrea Garrett. The court now needs additional information from the plaintiff to determine which of these individuals he contends denied him adequate medical care. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to his claims.

      Accordingly, it is ordered that plaintiff, Timothy Donnell Satchell, complete and sign the attached addendum to his complaint, and return the same to the court **by June 25, 2007. Plaintiff is advised that should he fail to return the completed and executed addendum by June 25, 2007, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

      IT IS SO ORDERED this 31st day of May 2007.

      /s/ *J. Marschewski*
      HON. JAMES R. MARSCHEWSKI
      UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TIMOTHY DONNELL SATCHELL                                                                PLAINTIFF

      v.                            Civil No. 06-5231

MEDICAL STAFF OF THE BENTON
COUNTY DETENTION CENTER; and
CAPTAIN HUNTER PETRAY,
Jail Administrator of the Benton
County Detention Center                                                                      DEFENDANTS

## ADDENDUM TO COMPLAINT

TO: TIMOTHY DONNELL SATCHELL

    This form is sent to you so that you may assist the court in making a determination as to what individual defendants need to be substituted for the Medical Staff of the Benton County Detention Center. Accordingly, it is required that you fill out this form and send it back to the court **by June 25, 2007**. Failure to do so will result in the dismissal of your complaint.

    The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

## RESPONSE

    In your complaint, you allege that your constitutional rights were violated when you were denied adequate medical care at the Benton County Detention Center. You mention a serious heart problem you sought medical treatment for on December 3, 2006.

    However, you also attached to your complaint a grievance dated August 29, 2006, in

AO72A
(Rev. 8/82)

which you mention you are a diabetic. You state you were told by the nurse that whoever told you that you were a diabetic was wrong. You stated you were putting in the grievance to document that you were a diabetic in case you went into sugar shock or anything. In response, you were told the grievance would be forwarded to medical.

    1. What day were you booked into the Benton County Detention Center (BCDC)?

    Answer:

_____

_____

_____

    2. Are you incarcerated there solely because of pending criminal charges?

    Answer:  Yes _____  No _____.

    If you answered yes, please state what your pending charges are.

_____

_____

_____

_____

_____

    If you answered no, please state if you are serving a sentence or if your probation or parole has been revoked.

_____

_____

_____

_____

_____

_____

      3. Were you ever seen at the BCDC by Dr. Neil Mullins? **(Note: According to Captain Petray's response to the court's order, Dr. Mullins ceased seeing inmates in November of 2006).**

      Answer: Yes _____ No _____.

      If you answered yes, please state: (a) when you were seen by him; and (b) whether you contend he was deliberately indifferent to your serious medical needs. If you contend he was deliberately indifferent to your serious medical needs, state how he was deliberately indifferent to your serious medical needs.

_____

_____

_____

_____

_____

_____

_____

_____

_____

      4. Were you ever seen at the BCDC by Nurse Sue McDonald?  **(Note:  According to Captain Petray's response to the court's order, Nurse Sue McDonald ceased seeing inmates in November of 2006).**

      Answer:  Yes _____  No _____.

      If you answered yes, please state:  (a) when you were seen by her; and (b) whether you contend she was deliberately indifferent to your serious medical needs.  If you contend she was deliberately indifferent to your serious medical needs, state how she was deliberately indifferent to your serious medical needs.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      5. Were you ever seen at the BCDC by Dr. Huskins?  **(Note:  According to Captain Petray's response to the court's order, Dr. Huskins began seeing inmates in November of 2006).**

Answer:  Yes _____  No _____ .

If you answered yes, please state:  (a) when you were seen by him; and (b) whether you contend he was deliberately indifferent to your serious medical needs.  If you contend he was deliberately indifferent to your serious medical needs, state how he was deliberately indifferent to your serious medical needs.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

6. Were you ever seen at the BCDC by Nurse Andrea Garrett?  **(Note:  According to Captain Petray's response to the court's order, Nurse Andrea Garrett began seeing inmates in November of 2006).**

Answer:  Yes _____  No _____ .

If you answered yes, please state:  (a) when you were seen by her; and (b) whether you contend she was deliberately indifferent to your serious medical needs.  If you contend she was

deliberately indifferent to your serious medical needs, state how she was deliberately indifferent to your serious medical needs.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
TIMOTHY DONNELL SATCHELL

_____
DATE

**AO72A**
**(Rev. 8/82)**