IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TIMOTHY DONNELL SATCHELL                            PLAINTIFF

v.                  Civil No. 06-5231

CAPTAIN HUNTER PETRAY, Jail Administrator;
FORMER JAIL NURSE SUE McDONALD;
and DR. HUSKINS                                         DEFENDANTS

## O R D E R

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **October 11, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 1st day of August 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)