IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


TIMOTHY DONNELL SATCHELL                                    PLAINTIFF


       v.                              Civil No. 06-5231


CAPTAIN HUNTER PETRAY, Jail Administrator;
FORMER JAIL NURSE SUE McDONALD;
and DR. HUSKINS                                            DEFENDANTS

## O R D E R

Defendants filed a motion for summary judgment (Doc. 21).  To assist plaintiff in responding to the motion for summary judgment, the undersigned is propounding a questionnaire.  The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the motion for summary judgment.

For this reason, Timothy Donnell Satchell is hereby directed to complete, sign, and return the attached response to defendants' motion for summary judgment on or before **August 8, 2008**. **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 14th day of July 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


TIMOTHY DONNELL SATCHELL                                                    PLAINTIFF


        v.                              Civil No. 06-5231


CAPTAIN HUNTER PETRAY, Jail Administrator;
FORMER JAIL NURSE SUE McDONALD;
and DR. HUSKINS                                                              DEFENDANTS


**<u>RESPONSE TO SUMMARY JUDGMENT MOTION</u>**

TO:  TIMOTHY DONNELL SATCHELL

        These questions and answers will serve as your response to defendants' motion for

summary judgment.  You may use additional sheets of paper in responding to these questions.

You must file this response by **August 8, 2008.**

        1.  On July 12, 2006, you were booked into the Benton County Detention Center

(BCDC) on aggravated robbery charges.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at

        page 1.


_____

_____

_____

_____


-2-

2. As part of the booking process, you completed a medical questionnaire on which you indicated you were a diabetic and taking pills.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at page 6.

_____

_____

_____

_____

3.  You also completed an inmate medical insurance information form and signed an inmate telephone system notice form.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at pages 7 and 9.

_____

_____

_____

_____

4.  Your medical history includes admission to Northwest Hospital Center on February 23, 2003, for shortness of breath and heart palpations.  After cardiac studies, hematology, and urinalysis were conducted, you were discharged with a diagnosis of atrial fibrillation and instructions to take aspirin and Cardizem.

-3-

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at pages 1-23.

_____

_____

_____

_____

5.  Your medical history includes an examination at Beaufort County Hospital on September 17, 2004, for an irregular heart rate and shortness of breath.  The diagnostic impression was listed as atrial fibrillation with rapid ventricular response.  You were treated with toprol and discharged the same day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 25.

_____

_____

_____

_____

6.  On July 19, 2006, you submitted a request to be seen by a doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 4 at page 27.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

7.   You were seen by Dr. Neil Mullins on July 20th.  You reported being a diabetic and stated you took one pill a day but didn't know the name of the pill.  Dr. Mullins named several pills and you could not recall it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 3 at page 16.

_____

_____

_____

_____

8.   You told Dr. Mullins you could not drink the water at the BCDC because you had never drank room temperature water before.  You also complained that you didn't like the powdered milk.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to Defendants' Exhibit 3 at page 16.

_____

_____

-5-

_____

_____

9.  Dr. Mullins examined you and found your lungs to be clear.  Your blood sugar

level was 106 three hours after your meal which was perfectly normal.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

16.

_____

_____

_____

_____

10.   Dr. Mullins decided to do a "2HPP sugar two times a week for two weeks."  He

encouraged you to drink the water even though it was warm.  He also encouraged you to

drink the milk.  He didn't believe you should be able to tell any difference between regular

milk and powdered milk.  He wasn't going to change the diet for you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to  Defendants' Exhibit 3 at page

16.

_____

_____

_____

_____

11.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

2.

_____

_____

_____

_____

12.  On August 19, 2006, you submitted a grievance stating that you were dehydrated

and had been hospitalized for this problem in the past.  You stated you were dizzy and

fatigued.  You indicated you drank sink water as often as you could.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 26.

_____

_____

_____

_____

13.  You also submitted a medical request on August 19th stating you were

dehydrated.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 25.

_____

_____

_____

_____

14.   You were seen by Nurse McDonald on the 21st.  She checked your blood sugar

level and it was 143.  She also examined you and noted no dehydration on examination.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 15.

_____

_____

_____

_____

15.   On August 21st you submitted a grievance about being dehydrated and a diabetic.

You stated you had seen the nurse and she didn't seem to want to address your issues.  You

stated that you could prove in a court you had been diabetic for two years.  You requested

some real medical attention.  In response, Petray said he would forward the grievance to

medical.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 24.

-8-

_____

_____

_____

_____

16. On August 22nd you submitted another grievance about dehydration.  You

indicated you were exhibiting the same symptoms you had when you were hospitalized.  You

said you were light headed, fatigued, and had constant dry mouth.  You said the nurse didn't

seem to want to do anything about your situation.  In response, Petray stated he would

forward the grievance to the medical staff.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 23.

_____

_____

_____

_____

17. On August 29th the nurse checked your blood sugar and it was 175.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 15.

_____

_____

-9-

_____

_____

18.  On August 29th you submitted a grievance about being diabetic.  You stated you

had visited the nurse and she checked your blood sugar and it was 176.  You indicated she

told you that whoever said you were diabetic was wrong.  You indicated that 176 was way

over normal and you were writing the grievance to document this.  Petray stated he would

forward your grievance to medical.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 22.

_____

_____

_____

_____

19.  On August 29th Dr. Mullins prescribed glucophage for you.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 15.

_____

_____

_____

_____

-10-

20.  On September 1st you were placed on a diabetic diet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 15.

_____

_____

_____

_____

21.  On September 13th you submitted a medical request asking for a diabetic snack.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 21.

_____

_____

_____

_____

22.  Your request for a snack was refused because you had been refusing your diabetic medication.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 21.

_____

-11-

_____

_____

_____

23.  Please explain why you were refusing your diabetic medication.

Answer:

_____

_____

_____

_____

24.  On September 20th you asked to see the doctor because of severe back pain.

Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 20.

_____

_____

_____

_____

25. You were seen by Dr. Mullins on September 21st.  You told Dr. Mullins you thought the back pain was caused by your kidneys.

Agree_____   Disagree_____   Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 14.

-12-

_____

_____

_____

_____

26.  Your straight leg raising test was negative.  You told Dr. Mullins the pain was in your lower back not your side.  You gave a history of not drinking much liquid.  You indicated you didn't drink water.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 14.

_____

_____

_____

_____

27.  Dr. Mullins told you to drink more water.  He prescribed Ibuprofen for ten days.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 14.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

28.  On September 25th you again asked to see the doctor due to severe back pain.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 19.

_____

_____

_____

_____

29. You were seen by Dr. Mullins on September 26th.  You complained of back pain and said you were getting dehydrated.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 13.

_____

_____

_____

_____

30.  You indicated you did not like drinking out of the fountain.  Dr. Mullins agreed to give you a Styrofoam cup to encourage you to drink more water.  He continued the Ibuprofen for ten days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

-14-

page 13.

_____

_____

_____

_____

31.  On October 24th you submitted a medical request asking to have your blood

sugar checked.  You were instructed to see the nurse.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 18.

_____

_____

_____

_____

32.  You had your blood sugar checked on October 26th and it was 133.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 12.

_____

_____

_____

_____

-15-

33.  Your blood sugar was checked again on November 1st and it was 116.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 12.

_____

_____

_____

_____

34.  On November 7th you submitted a request to have your blood sugar checked.  It

was checked on the 8th and was 137.  You were put on the list to receive a night-time snack.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 12.

_____

_____

_____

_____

35. Your blood sugar was checked on November 15th and was 91.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 12.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

36.  On November 21st you submitted a request to have your blood sugar level checked, your weight checked, to be checked for dehydration, and because you were having back pains.  In response, Petray said he would forward your request to medical.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 16.

_____

_____

_____

_____

37(A).  Your lab work was done on November 28th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 11.

_____

_____

_____

_____

(B).  On December 4th you submitted a grievance stating your heart problem was

-17-

completely ignored.  You stated you had heart problems on December 3rd and you went to

pod control immediately.  You state you were pushed off until December 4th but then you

were totally ignored on the 4th.  In response, Petray stated he would forward your grievance

to medical.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 15.

_____

_____

_____

_____

(C).  Please describe in detail:  (a) what type of heart problems you were having; (b)

what symptoms you were experiencing; (c) whether the symptoms cleared up or went away;

and (d) who you told about the problems.

_____

_____

_____

_____

_____

_____

_____

_____

-18-

_____

_____

_____

_____

_____

_____

_____

_____

38.  You were seen by Dr. Huskins on December 6th.  He noted you had went from 255 pounds down to 218 pounds.  He also noted that three years ago you had a history of palpitations that had been treated with beta blockers.  You reported some dizziness.  He noted you had a clear chest, no heart murmurs, and a build up of wax in your ears.  He prescribed Lopressor and Cerumenex ear drops.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.
If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 10.

_____

_____

_____

_____

39(A).  You submitted a grievance dated December 6th in which you stated that your heart problems were completely ignored.  You indicated that last night you had gotten sick

-19-

and were vomiting and asked for immediate assistance and had gotten pushed off.  In response, Petray said he would forward your request to medical.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 14.

_____

_____

_____

_____

(B).  Please describe in detail:  (a) what type of heart problems you were having; (b) what symptoms you were experiencing; (c) whether the symptoms cleared up or went away; and (d) who you told about the problems.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-20-

_____

_____

_____

_____

_____

_____

  (C).  Why did you say your heart was completely ignored when you had just been

seen by Dr. Huskins and prescribed medication?

  Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

  (D).  Nurse Garrett wrote on the bottom of the grievance that you had been prescribed

medication for your heart and blood pressure and were refusing to take it.  Please explain why

you were refusing to take the medication Dr. Huskins prescribed you.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

40. On December 12th you submitted a request to have your blood sugar checked. It was scheduled to be checked the following day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 4 at page 13.

_____

_____

_____

_____

41. On January 16, 2007, you submitted a grievance stating you needed medical attention for your back. In response, Petray stated the doctor made all medical decisions. If

-22-

you had medical problems, you were told to fill out a medical.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 12.

_____

_____

_____

_____

42.  On January 17th you were placed on a vegetarian diet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 9.

_____

_____

_____

_____

43. On January 17th you submitted a medical request to see the doctor for heart and back problems.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 11.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

44.  You were seen by Dr. Huskins on January 17th.  Dr. Huskins ordered a repeat of your lab work and an EKG.  Dr. Huskins also sent for your medical records from Northwest Hospital and Beaufort County.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 8 & page 6.

_____

_____

_____

_____

45.  On January 17th you submitted a medical request asking to re-visit the nurse for a correction in your special diet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 10.

_____

_____

_____

_____

-24-

46.  On January 19th a night-time snack was added to your diet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 7.

_____

_____

_____

_____

47.  On February 1st you submitted a request asking to visit the doctor about serious medical issues that needed to be addressed immediately.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 9.

_____

_____

_____

_____

48.  On February 1st you submitted a second medical request asking to see the nurse or doctor about a head cold and nose bleeds.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 9.

-25-

_____

_____

_____

_____

49.   You were seen by Nurse Garrett that day.  You told her you couldn't breathe, had a runny nose, and your heart was fluttering.  You were prescribed Benadryl.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 6.

_____

_____

_____

_____

50.  You were seen by Dr. Huskins on February 2nd.  You complained of back pain.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 5.

_____

_____

_____

_____

51(A).  On February 5th you submitted a grievance stating that the deputies were not

-26-

qualified to pass out medication.  You stated you had refused your medication several times because they did not know what they were giving you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 7.

_____

_____

_____

_____

(B).  When medication is passed out isn't there a medication card you must sign?

Answer:  Yes _____ No _____.

If you answered yes, doesn't the card indicate the name and dosage of the medication on it?

_____

_____

_____

_____

52(A).  On February 8th you submitted a request asking to see the doctor about ear pains and loss of hearing.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 5.

_____

_____

_____

_____

(B).  On February 11th you submitted a medical request asking to see the nurse about

your diet and weight loss.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at

page 6.

_____

_____

_____

_____

53.  You were seen by Dr. Huskins on February 12th.  He noted you had earwax

buildup in both ears with the left ear bothering you more than the right.  He started you on

Cerumenex weekly.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 4.

_____

_____

_____

-28-

_____

54. On February 16th you asked to be put on a regular tray just lactose free.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 4.

_____

_____

_____

_____

55. Nurse Garrett authorized this change in your diet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at page 3.

_____

_____

_____

_____

56. On March 8th you requested to see the doctor about your irregular heartbeat.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 4 at page 2.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

57. On March 9th you submitted a medical request asking to see the doctor about your irregular heartbeat. You said you hadn't seen him about this issue yet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 4 at page 3.

_____

_____

_____

_____

58. On March 2nd you asked to see the doctor about your ear pains.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

59(A). When Dr. Huskins called on March 12th you refused to come out of your cell

-30-

to be examined.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 3 at

page 1.

_____

_____

_____

_____

(B).  Please explain why you refused to see Dr. Huskins.

Answer:

_____

_____

_____

_____

_____

_____

_____

60.   All decisions about your medical care at the BCDC were made by the jail

medical staff.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

-31-

_____

_____

_____

_____

61.   You received all medical care and treatment prescribed to you by the jail medical

staff.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

62.   All orders of the jail medical staff were carried out by personnel at the BCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

63.   Please explain in detail how you believe Captain Hunter Petray exhibited

deliberate indifference to your serious medical needs.

Answer:

-32-

-33-

_____

_____

    64.  Please explain in detail how Nurse Sue McDonald exhibited deliberate

indifference to your serious medical needs.

    Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-34-

_____

_____

_____

65.   Please explain in detail how Dr. Huskins exhibited deliberate indifference to your serious medical needs.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-35-

_____

_____

_____

_____

66.  You received all medical care and treatment Dr. Huskins believed in the exercise

of his medical judgment that you needed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

67.   You received all medical care and treatment Nurse McDonald believed in the

exercise of her judgment that you needed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

68.   Do you contend a custom or policy of Benton County was the moving force

behind your being denied adequate medical care?

-36-

Answer:  Yes _____ No _____.

If you answered yes, please describe in detail the custom or policy and how it operated to deprive you of adequate medical care.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-37-

69.   Did you suffer any physical injury as a result of a delay in your receiving medical care while at the BCDC?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) the physical injury you suffered; (b) the symptoms you experienced; (c) the severity of those symptoms; (d) whether you sought, or received medical treatment; (e) the treatment you received; (f) how long it took you to recover from the treatment; and (g) attach to this response medical records establishing the existence of the injuries or the effect the delay in treatment had on your health.  If you do not have any records, explain to the court why you do not have any records.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-38-

_____

_____

_____

_____

_____

_____

_____

_____

70. Each time you requested medical care or treatment you were seen by a jail nurse or doctor within a few days of your request.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

71. You received all medication prescribed to you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

AO72A
(Rev. 8/82)

_____

      Detail below any further response you would like to make to defendants' motion for

summary judgment.  If you have any exhibits you would like the court to consider, you may

attach them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

      EXECUTED ON THIS _____ DAY OF _____ 2008.


                    _____
                          TIMOTHY D. SATCHELL