IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TIMOTHY DONNELL STACHELL                                    PLAINTIFF

v.                           Civil No. 06-5231

CAPTAIN HUNTER PETRAY, Jail Administrator;
FORMER JAIL NURSE SUE McDonald;
and DR. HUSKINS                                            DEFENDANTS

O R D E R

Now on this 18th day of September, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #27, filed August 18, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

IT IS **THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto***.

IT IS **FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **Defendants' Motion for Summary Judgment (document #21) is hereby granted and this case is dismissed.**

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE